| | |
|---|---|
| 1 | Christopher P. Berka, Bar No. 94911 |
| | CBerka@perkinscoie.com |
| 2 | Meredith R. Weinberg, Washington Bar No. 45713 |
| | (appearing *pro hac vice*) |
| 3 | MWeinberg@perkinscoie.com |
| | Winnie W. Hung, Bar No. 291614 |
| 4 | WHung@perkinscoie.com |
| | Marina A. Gatto, Bar No. 320568 |
| 5 | MGatto@perkinscoie.com |
| | PERKINS COIE LLP |
| 6 | 3150 Porter Drive |
| | Palo Alto, CA  94304-1212 |
| 7 | Telephone:  650.838.4300 |
| | Facsimile:  650.838.4350 |
| 8 | Attorneys for Plaintiff |
| | THE BOARD OF TRUSTEES OF THE LELAND |
| 9 | STANFORD JUNIOR UNIVERSITY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Case No. 3:18-cv-01199 VC <br><br> **DECLARATION OF CHRISTOPHER BERKA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIM AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' AFFIRMATIVE DEFENSE OF LACHES** <br><br> Date: July 11, 2019 <br> Time: 10:00 a.m. <br> Courtroom: 4 <br> Judge: Honorable Vince Chhabria |

I, Christopher Berka, declare as follows:

1. I am Senior Counsel with the law firm of Perkins Coie LLP, attorneys for The Board of Trustees of the Leland Stanford Junior University ("Stanford") in this matter.  I have personal knowledge of the facts set forth herein, and if called to testify I could and would testify competently thereto.

-1-    Case No. 3:18-cv-01199 VC

2. Attached to this declaration as Exhibit A are true and correct copies of excerpts of the deposition transcript of Bill Roberts taken in this case on March 18, 2019, including the certification by Rachel Ferrier, CSR. I was present when the deposition was taken.

3. On November 2, 2018, Stanford served interrogatories on HP and Agilent in this action, true and correct copies of which are attached to this declaration as Exhibits B and C.

4. On December 21, 2018, HP and Agilent served responses to the interrogatories referenced in paragraph 3. True and correct copies of the responses are attached to this declaration as Exhibits D and E.

5. I have conducted a search of filings by Hewlett-Packard Company with the Securities and Exchange Commission. One of the filings I discovered was the Form 8-K filed by Hewlett-Packard Company dated June 2, 2000. A true and correct copy of that document is attached as Exhibit I to the Request for Judicial Notice filed concurrently with this declaration.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed this 15th day of May, 2019 in Palo Alto, California.

                                                           /s/ *Christopher Berka*
                                                          Christopher Berka