| | |
|---|---|
| NEEL CHATTERJEE (SBN 173985) | JOSHUA A. BLOOM (SBN 183358) |
| NChatterjee@goodwinlaw.com | jbloom@egcounsel.com |
| DAVID R. CALLAWAY (SBN 121782) | BETH B. KOH (SBN 256694) |
| DCallaway@goodwinlaw.com | bkoh@egcounsel.com |
| THOMAS J. GRAY (SBN 191411) | **ENVIRONMENTAL GENERAL COUNSEL LLP** |
| TGray@goodwinlaw.com | 2120 University Avenue |
| ELIZABETH J. LOW (SBN 308098) | Berkeley, California 94704 |
| ELow@goodwinlaw.com | Telephone: +1 510 495 0418 |
| **GOODWIN PROCTER LLP** | |
| 601 Marshall Street | |
| Redwood City, California 94063 | |
| Tel.: +1 650 752 3100 | |
| Fax: +1 650 853 1038 | |

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs
AGILENT TECHNOLOGIES, INC. and HP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff, and Counter Defendant,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC., a Delaware corporation; HEWLETT PACKARD COMPANY, a Delaware corporation; and HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,<br><br>Defendants, Counterclaimants and Third Party Plaintiffs.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 3:18-cv-01199 VC<br><br>**DEFENDANTS AGILENT TECHNOLOGIES, INC. AND HP INC.'S NOTICE OF ADDITIONAL AUTHORITY**<br><br>Date: November 4, 2021<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Vince Chhabria |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

In anticipation of the November 4, 2021 hearing on (1) the Motion for Partial Summary Judgment on CERCLA Claim and Motion for Partial Summary Judgment on Defendants' Affirmative Defenses against Hewlett-Packard filed by Plaintiff The Board of Trustees of the Leland Stanford Junior University ("Stanford" or "Plaintiff") (Dkt. No. 106, "Stanford's Motion") and (2) the Opposition to Plaintiff's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment on Plaintiff's CERCLA, Nuisance, and Trespass Claims filed by Defendants and Counterclaimants Agilent Technologies, Inc. ("Agilent") and HP Inc. ("HP") (Dkt. No. 145-1, "Agilent/HP's Opposition and Cross-Motion"), Agilent and HP provide the Court and Stanford with the following notice:

1. With respect to Section III(B) of Stanford's Motion, Agilent and HP may discuss *Redwing Carriers, Inc. v. Saraland Partners*, 94 F.3d 1489 (11th Cir. 1996) in addition to the cases cited in the prior briefing. *Redwing Carrier* is discussed in-depth in *Otay Land Co., LLC v. U.E. Ltd., L.P.*, 15 Cal. App. 5th 806, 838 (2017). *Otay* is cited at page 8 of Agilent/HP's Opposition and Cross-Motion. A copy of *Redwing Carriers* is attached as **Exhibit A**.

2. With respect to Section III(C)(2) of Stanford's Motion, Agilent and HP may discuss *L'Koral, Inc. v. TIG Insurance Co.*, No. B151757, 2002 WL 31521530 (Cal. Ct. App. Nov. 14, 2002). A copy of *L'Koral* is attached as **Exhibit B**.

| | | |
|---|---|---|
| 1 | Dated: November 2, 2021 | GOODWIN PROCTER LLP |
| 2 | | |
| 3 | | By: */s/ Neel Chatterjee* |
| 4 | JOSHUA A. BLOOM (SBN 183358)  *jbloom@egcounsel.com* | Neel Chatterjee  *NChatterjee@goodwinlaw.com*  David R. Callaway |
| 5 | BETH B. KOH (SBN 256694)  *bkoh@egcounsel.com* | *DCallaway@goodwinlaw.com*  Thomas J. Gray |
| 6 | **ENVIRONMENTAL GENERAL COUNSEL LLP** | *TGray@goodwinlaw.com*  Elizabeth J. Low |
| 7 | 2120 University Avenue  Berkeley, California 94704 | *ELow@goodwinlaw.com*  **GOODWIN PROCTER LLP** |
| 8 | Telephone: +1 510 495 0418 | 601 Marshall Street  Redwood City, California  94063 |
| 9 | | Tel.: +1 650 752 3100  Fax: +1 650 853 1038 |
| 10 | | |
| 11 | | Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs |
| 12 | | AGILENT TECHNOLOGIES, INC. and HP INC. |

2

AGILENT AND HP'S NOTICE OF ADDITIONAL AUTHORITY
CASE NO. 18-CV-1199-VC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on November 2, 2021. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of November, 2021.

/s/ Neel Chatterjee
NEEL CHATTERJEE