# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3     THE BOARD OF TRUSTEES OF THE     )
       LELAND STANFORD JUNIOR           )
 4     UNIVERSITY,                      )
                                        )
 5              Plaintiff,              )
                                        )
 6       VS.                            )  NO. C 18-01199 VC
                                        )
 7     AGILENT TECHNOLOGIES, INC., et   )
       al.,                             )
 8                                      )
                Defendants.             )
 9                                      )
       AND RELATED CROSS-ACTIONS        )
10                                      )
11
12
13
14         VIDEOTAPED DEPOSITION OF ANNETTE WALTON
15                  Palo Alto, California
16                 Thursday, July 25, 2019
17
18
19
20
21   Reported by:
22   LYDIA ZINN
23   RPR, FCRR, CSR No. 9223
24   Job No. SF 3405984
25   PAGES 1 - 303
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3    THE BOARD OF TRUSTEES OF THE     )
      LELAND STANFORD JUNIOR           )
 4    UNIVERSITY,                      )
                                       )
 5              Plaintiff,             )
                                       )
 6      VS.                            )  NO. C 18-01199 VC
                                       )
 7    AGILENT TECHNOLOGIES, INC., et   )
      al.,                             )
 8                                     )
                Defendants.            )
 9                                     )
      AND RELATED CROSS-ACTIONS        )
10                                     )
11
12
13
14
15
16            Videotaped deposition of ANNETTE WALTON,
17    taken on behalf of Defendants, at Perkins Coie, 3150
18    Porter Drive, Palo Alto, CA  94304-1212, beginning
19    at 10:08 a.m. and ending at 6:55 p.m., on Thursday,
20    July 25, 2019, before LYDIA ZINN, Certified
21    Shorthand Reporter No. 9223.
22
23
24
25
                                                   Page 2
```

```
 1    APPEARANCES:
 2    For Plaintiff:
                                Perkins Coie LLP
 3                              3150 Porter Drive
                                Palo Alto, CA  94304-1212
 4                              (650) 838-4300
                                CBerka@perkinscoie.com
 5                   BY:   CHRISTOPHER P. BERKA
 6    For Defendants Agilent Technologies, Inc., and HP,
      Inc.:
 7                              Environmental General
                                   Counsel, LLP
 8                              2120 University Avenue
                                Berkeley, CA  94704
 9                              (510) 495-0418
                                jbloom@egcounsel.com
10                   BY:   JOSHUA A. BLOOM
11    For Defendant Nokia :
                                Spencer Fane LLP
12                              1 North Brentwood Boulevard
                                Suite 1000
13                              St. Louis, MO  63105-3937
                                (314) 368-7398
14                              ggreiman@spencerfane.com
                     BY:   GERALD P. GREIMAN
15
16    Also Present:
17    Videographer Sean Grant, Veritext
18
19
20
21
22
23
24
25

                                                    Page 3
```

| | | |
|---|---|---|
| 1 | regulatory orders being issued against Agilent with | 12:06:53 |
| 2 | regard to its operations at the 1601 facility for that | |
| 3 | period of time? | |
| 4 | A.   No. | |
| 5 | Q.   Okay.  Do you have any knowledge of PCBs by | 12:07:02 |
| 6 | Agilent as part of its operations during Agilent's | |
| 7 | occupation of its facility? | |
| 8 | A.   No. | |
| 9 | Q.   And same question with regard to TCE? | |
| 10 | A.   No. | 12:07:17 |
| 11 | Q.   Okay.  Subsequent to Agilent's occupancy, do you | |
| 12 | know if Stanford continued to lease the Property? | |
| 13 | A.   I believe so, but that's a lease question that I | |
| 14 | think Jane probably could answer better than me.  Yeah. | |
| 15 | Q.   Do you know if there was another company that | 12:07:40 |
| 16 | ended up on the facility after Agilent or -- | |
| 17 | A.   I believe two.  Facebook, I think, was one.  And | |
| 18 | Theranos was another. | |
| 19 | Q.   Okay.  Do you have any knowledge of what Theranos | |
| 20 | did at 1601 while it was there? | 12:08:00 |
| 21 | A.   I believe biotech.  Basically, that was it. | |
| 22 | Q.   But nothing -- you don't know anything more | |
| 23 | specific than that? | |
| 24 | A.   Well, when they come on to our land, we ask for | |
| 25 | information about their chemical use.  And we obtain | 12:08:19 |

Page 85

| | | |
|---|---|---|
| 1 | deal, so no. | 16:21:03 |
| 2 | Q.   Were you aware that Agilent and Stanford entered | |
| 3 | into a Option Purchase Agreement for Agilent to -- | |
| 4 | A.   I was aware that Stanford was thinking about | |
| 5 | acquiring the Property; and therefore we did our | 16:21:12 |
| 6 | Phase One and Phase Two sampling, and then created a | |
| 7 | letter of all of the impacts that we found. | |
| 8 | So as I said earlier, I don't know the specifics | |
| 9 | of the transaction or the deal. | |
| 10 | Q.   Okay.  So did you have any discussions with | 16:21:25 |
| 11 | Jean Snider with regard to price negotiations with | |
| 12 | regard to that deal? | |
| 13 | A.   No.  I just told her what we found, and for her to | |
| 14 | consider that in her negotiations. | |
| 15 | Q.   Okay.  Did you talk to her about what you | 16:21:43 |
| 16 | anticipated as potential cost of environmental | |
| 17 | remediation at the site to make it appropriate for | |
| 18 | residential? | |
| 19 | A.   No, because we wanted to make that Agilent's | |
| 20 | responsibility; if we found anything, that they would | 16:22:00 |
| 21 | be responsible for it.  So what we found, we shared | |
| 22 | with Agilent. | |
| 23 | They declined.  They sent us back a nice letter, | |
| 24 | basically saying, Thanks, but no thanks.  Go do what | |
| 25 | you need to do, Stanford. | 16:22:13 |

| | | |
|---|---|---|
| 1 | And at that point I just said, Okay.  Well, this | 16:22:16 |
| 2 | is something that we need to further assess.  We know | |
| 3 | there's PCBs.  We know there's TCE.  I don't know how | |
| 4 | extensive it is, so I can't put a number on it. | |
| 5 | Q.   Okay.  Do you know if Stanford did environmental | 16:22:28 |
| 6 | investigation as part of its due diligence with regard | |
| 7 | to the Option to Purchase Agreement? | |
| 8 | A.   All I know is that when we did the Phase One and | |
| 9 | Phase Two -- | |
| 10 | And I don't know how close that was to that deal, | 16:22:50 |
| 11 | that agreement.  I don't know. | |
| 12 | MR. BLOOM:  All right.  I think this is 100. | |
| 13 | (Deposition Exhibit 100 marked for identification.) | |
| 14 | BY MR. BLOOM | |
| 15 | Q.   So this is a 2000 -- or actually, if you can, tell | 16:23:19 |
| 16 | me what this is, if you know. | |
| 17 | A.   Some this is an e-mail from me to Susan, just | |
| 18 | letting her know that we're going to do -- start our | |
| 19 | due diligence on the Property, 1601 California Avenue, | |
| 20 | and that I want her to give me a proposed Scope of Work | 16:23:41 |
| 21 | to go in to do mostly Phase Two sampling at this point, | |
| 22 | because we had a lot of information in our files about | |
| 23 | a sump, about those drawings of the transformer; and | |
| 24 | then to look at things that are part of facility | |
| 25 | closure.  So it's mostly dealing with Phase Two | 16:24:04 |

Page 209