UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 18-cv-01199-VC<br><br>**PROPOSED JUROR QUESTIONNAIRE**<br><br>Re: Dkt. No. 313 |

In addition to the standard questionnaire, which is attached, prospective jurors will be asked to respond to the following questions. The parties should notify the Court of any objections to these questions by January 17, 2023.

1. Have you, your family, or close friends attended Stanford University, donated money to Stanford University, or lived in housing provided by Stanford University? Yes ___ No ___. If yes, please explain.

2. Have you, your family, or close friends ever been employed by Stanford University; Hewlett Packard Enterprises or HP, Inc.; or Agilent Technologies? Yes ___ No ___. If yes, please explain.

3. Have you ever had a negative experience with or formed a negative opinion of Stanford University; Hewlett Packard Enterprises or HP, Inc.; or Agilent Technologies that would make it difficult for you to serve as a fair and impartial juror to any of them? Yes ___ No ___. If yes, please explain.

4. Have you, your family, or close friends ever been impacted by environmental

  contamination? Yes \_\_\_ No \_\_\_. If yes, please explain.

5. Do you have training, education, or work experience in any of the following areas? Yes \_\_\_ No \_\_\_. If yes, please explain.

    a. Land development or real estate

    b. Lease agreements

    c. Engineering

    d. Manufacturing (including the manufacture of metal, fabricated parts, chips, electronics, etc.)

    e. Computers, computer parts or computer devices/peripherals

    f. Polychlorinated biphenyls ("PCBs")

    g. Trichloroethylene ("TCE") or other solvents

    h. Contamination remediation

    i. Environmental regulations

6. This is a civil lawsuit about who is responsible for cleaning up alleged environmental contamination. Do you have any experiences or strong opinions that could affect your ability to serve as a juror in a case like this? Yes \_\_\_ No \_\_\_. If yes, please explain.

7. Do you have any feelings about commercial leases, commercial property owners, or commercial tenants that would make it difficult for you to be a fair and impartial juror? Yes \_\_\_ No \_\_\_. If yes, please explain.

8. Do you have strong feelings about whether current environmental laws are too intrusive or too lenient? Yes \_\_\_ No \_\_\_. If yes, please explain.

9. Your duty as a juror is to apply the law as the Court instructs you, regardless of whether you agree or disagree with it. Do you have any doubts or concerns about your ability or willingness to do that? Yes \_\_\_ No \_\_\_. If yes, please explain.

10. Trial will begin on Monday, February 6, and will likely end before Friday, February 17. Trial will likely begin each day at 9:30 a.m. and end between 3:00 and 3:30 p.m. Do you have any serious issues that prevent you from serving as a juror in this case

(such as medical or public health concerns, prepaid travel plans, financial concerns, or family responsibilities)? Keep in mind that if you are unable to serve for this trial, you could be placed on another, longer trial in the coming months. Yes ___ No ___. If yes, please explain.

**IT IS SO ORDERED.**

Dated: January 12, 2023

_____
VINCE CHHABRIA
United States District Judge