UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC., et al.,<br><br>Defendant. | 18-cv-01199-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 1, 2023

VINCE CHHABRIA
United States District Judge